# EXHIBIT "B"

# Pick & Zabicki LLP

369 Lexington Avenue, 12th Floor
New York, New York  10017
Tel.: (212) 695-6000
Fax: (212) 695-6007
dpick@picklaw.net

November 22, 2016

Rev. Paul I. Bennett
19 Dunderberg Road
Tompkins Cove, NY 10986

Re:    **MBC Holding LLC v. Bennett**

Period: Legal Services Rendered & Expenses Incurred Through October 2016    Invoice #  26921

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2016 | DJP | Litigation<br>Review non-discharge complaint; e-mails with A. Gordon-Oliver | 0.80<br>425.00/hr | 340.00 |
| 10/8/2016 | DJP | Litigation<br>E-mails with A. Gordon-Oliver | 0.30<br>425.00/hr | 127.50 |
| 10/10/2016 | DJP | Litigation<br>Conference call with P. Bennett and A. Gordon-Oliver | 0.70<br>425.00/hr | 297.50 |
| 10/11/2016 | DJP | Litigation<br>Draft notice of appearance and stipulation extending time to answer | 0.40<br>425.00/hr | 170.00 |
| 10/31/2016 | ECZ | *PROFESSIONAL*<br>Prepare application to retain P&Z as special counsel and related documents | 1.00<br>350.00/hr | 350.00 |

Rev. Paul I. Bennett                                                                        Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/31/2016 ECZ | Litigation | | 0.50 | 175.00 |
| | Review complaint, case docket and files in preparation for answer and background for retention application | | 350.00/hr | |
| | **Total For Professional Services** | | 3.70 | $1,460.00 |
| 10/17/2016 | Payment - thank you (Initial Retainer - Scherrylann B. Bennett) | | | ($5,000.00) |
| | **Total payments and adjustments** | | | ($5,000.00) |
| | **Balance due** | | | **($3,540.00)** |

Credit Balance.  No payment due at this time.

# Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, New York  10017
Tel.: (212) 695-6000
Fax: (212) 695-6007
dpick@picklaw.net

December 22, 2016

Rev. Paul I. Bennett
19 Dunderberg Road
Tompkins Cove, NY 10986

Re:    **MBC Holding LLC v. Bennett**

Period: Legal Services Rendered & Expenses Incurred Through November 2016 Invoice #    26981

## Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2016 | DJP | LITIGATION<br>E-mails Re: wage garnishment | 0.20<br>425.00/hr | 85.00 |
|  | NR | LITIGATION<br>Draft, e-file and circulate adjournment letter Re: pre-trial conference | 0.30<br>125.00/hr | 37.50 |
| 11/22/2016 | DJP | Professional<br>E-mail to US Trustee Re: retention application | 0.10<br>425.00/hr | 42.50 |
| 11/23/2016 | DJP | Professional<br>Telephone call with US Trustee Re: retention application | 0.20<br>425.00/hr | 85.00 |
| 11/25/2016 | DJP | Litigation<br>Draft answer to complaint | 2.00<br>425.00/hr | 850.00 |

Rev. Paul I. Bennett                                                                                Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/25/2016 DJP | Litigation<br>E-mail to plaintiff's counsel requesting withdrawal of claims | | 0.30<br>425.00/hr | 127.50 |
| 11/28/2016 DJP | Litigation<br>Revise answer to complaint | | 1.00<br>425.00/hr | 425.00 |
| DJP | Professional<br>Draft supplemental affidavit in support of retention application and revise proposed retention order per U.S. Trustee comments | | 0.50<br>425.00/hr | 212.50 |
| DJP | Litigation<br>Telephone calls (2) with plaintiff's counsel Re: adversary proceeding | | 0.50<br>425.00/hr | 212.50 |
| 11/29/2016 DJP | Litigation<br>Finalize answer to complaint | | 0.50<br>425.00/hr | 212.50 |
| 11/30/2016 DJP | Litigation<br>E-mails with Jody Re: complaint and garnishment | | 0.30<br>425.00/hr | 127.50 |

**Total For Professional Services**                                          5.90        $2,417.50
   Expenses

Pacer                                                                                                         3.00

**Total Expenses**                                                                                 $3.00

**Total amount of this bill**                                                             $2,420.50

**Previous balance**                                                                        ($3,540.00)

**Balance due**                                                                              **($1,119.50)**

Credit Balance.  No payment due at this time.

# Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, New York  10017
Tel.: (212) 695-6000
Fax: (212) 695-6007
dpick@picklaw.net

January 19, 2017

Rev. Paul I. Bennett
19 Dunderberg Road
Tompkins Cove, NY 10986

Re:      **MBC Holding LLC v. Bennett**

Period: Legal Services Rendered & Expenses Incurred Dec. 2016-Jan. 19, 2017 Invoice #    27023

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2016 | DJP | Litigation<br>E-mails with counsel to plaintiff Re: amendment/withdrawal of complaint | 0.30<br>425.00/hr | 127.50 |
| 12/16/2016 | DJP | Litigation<br>E-mails Re: wage garnishment | 0.20<br>425.00/hr | 85.00 |
| 12/20/2016 | DJP | Litigation<br>Follow up e-mails Re: wage garnishment | 0.20<br>425.00/hr | 85.00 |
| 1/11/2017 | DJP | Litigation<br>Telephone call with plaintiff's counsel Re: withdrawal of action | 0.50<br>425.00/hr | 212.50 |
|  | DJP | Litigation<br>Draft proposed stipulation discontinuing non-discharge action | 0.50<br>425.00/hr | 212.50 |

Rev. Paul I. Bennett                                                                                   Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2017 DJP | Litigation | | 0.30 | 127.50 |
| | Finalize stipulation discontinuing non-discharge action | | 425.00/hr | |
| 1/19/2017 ECZ | Professional | | 1.00 | 350.00 |
| | Draft final fee application and related documents | | 350.00/hr | |
| ECZ | Professional | | 0.40 | 140.00 |
| | Draft proposed Order granting final fee application | | 350.00/hr | |

| | Hrs/Rate | Amount |
|---|---|---|
| **Total For Professional Services** | 3.40 | $1,340.00 |
| Expenses | | |
| Pacer | | 3.00 |
| Photocopying | | 13.80 |
| Postage | | 19.25 |
| **Total Expenses** | | $36.05 |
| **Total amount of this bill** | | $1,376.05 |
| **Previous balance** | | ($1,119.50) |
| **Balance due** | | **$256.55** |